United States District Court

for the Southern Illinois

Michead N. B. Attaway
    Plaintiff / Petitioner

                                    23-2613-SPM

        vs.
                            Case #
1. Hallcon's Safety Director/Hallcon
2. Amazon                       ☒ Civil Rights Complaint
3. Carle Foundation Hospital      Pursuant to 42 U.S.C 1983
4. Crawford County Jail Medical Staff      (State Prisoner)
5. Shawnee Correctional Center
6. Illinois Department of Corrections
7. William Shanholtzer (Inmate)
8. IDOC Orange Crush / Black Crush
9. Wexford Health Services
10. Nurse Practitioner Alex (Shawnee C.C. Health Care Unit)
11. Zach Moore (Shawnee C.C. Internal Affairs officer)
12. Leutenant Beals (Shawnee C.C.)
13. Crawford Memorial Hospital
14. Nebraska Med Hospital
15. Nurse Practitioner Amanda (Crawford County Jail)
16. Sargent Dean (Shawnee C.C.)
17. State of Illinois / Illinois State Police
    I. Jurisdiction
        Plaintiff:
        Mailing Address: Shawnee C.C. 6665 St. Rt. 146 E.
        Vienna, IL 62995 (present place of confinement)
        IDOC #/Register number: Y55493

Defendant #1: Hallcon's Safety Director is employed
as a safety Director with the Company Hallcon/
Rexenberger with Hallcon at
                    Lenexa, Kansas

At the time the claim(s) alleged this complaint arose,
Defendant #1 was not employed by the state, local
or federal government

Defendant #2: Amazon shipping Company is employed
by Amazon as a shipping company with the company
 Amazon at: Address unknown (can't find an address
but not for lack of trying, as an incarcerated individual I am
very limited on what I have access to.
At the time the claim(s) alleged this complaint arose,
Defendant #2 was not employed by the State, local
or federal government.

Defendant #3: Carle Foundation Hospital is employed
as "medical professionals" with the Company: Carle
foundation Hospital at
                    Champaign, Illinois

At the time claim(s) alleged this complaint arose,
Defendant #3 was not employed by the state, local
or federal government.

Defendant #4: Crawford County Jail Medical Staff is employed as medical proffesionals with Crawford county Jail and Crawford Memorial Hospital Crawford County Jail Address: 203 S. Jefferson St. Robinson Illinois 62454 and Crawford Memorial Hospital address: 1000 N. Allen St. Robinson, Illinois 62454

At the time claim(s) alleged this complaint arose, Defendant #4 was employed by the State of Illinois technically as they were employed by a state funded entity the Crawford County Jail

Defendant #5: Shawnee Correctional Center is employed as prison employees with the Illinois Department of corrections at: 1301 Concordia Court P.O. Box 19277 Springfield, Illinois 62794. Shawnee Correctional Center Address: 6665 St. Rt. 146E. Vienna, Illinois 62895

At the time claim(s) alleged this complaint arose, Defendant #5 was employed by State Government because they are a State funded entity.

Defendant # 6: Illinois Department of corrections, is employed as prison officials with the Illinois Department of Corrections Address: 1301 Concordia Court P.O. Box 19277 Springfield, IL 62794

At the time the claim (s) alleged this complaint arose, Defendant # 6 was and still is employed by the State Government.
Because they are a state funded entity.

Defendant # 7: William Shanholtzer is not employed but is a state prisoner at Shawnee Correctional Center as a state prisoner with the Illinois Department of corrections: 6665 state Route 146 E. Vienna, Illinois 62995

At the time of the claim (s) alleged this complaint arose, Defendant # 7 was not employed by state, local or federal government.

Defendant # 8: IDOC orange/black crush is employed as prison riot gear wearing officers with the Illinois Department of corrections. Address: 1301 Concordia Court P.O. Box 19277 Springfield, IL 62794.
Note: the riot gear wearing orange/black crush officers come from every single IDOC prison

At the time the claim(s) alleged this complaint arose, Defendant # 8 were employed by the State government.
Because they are paid by the State of Illinois

Defendant # 9: Wexford Health Services is employed as Health Care Professionals with the Illinois Department of corrections: IDOC Address 1301 Concordia Court P.O. Box 19277 Springfield, Illinois 62794. Wexford Health Services Mailing address P.O. Box 16218 Pittsburg, PA (zipcode unknown to me)

At the time claim(s) alleged this complaint arose, Defendant # 9 was employed by a state funded entity but technically are indirectly employed by the State Government

Defendant # 10: Nurse Practitioner Alex is employed at Shawnee Correctional Center by Wexford Health Services. Shawnee C.C. Address: 6665 St. Rt. 146 E. Vienna, IL 62995. Wexford Health Services Address: P.O. Box 16218 Pittsburg, PA (zipcode unknown to me)

At the time the claim(s) alleged this complaint arose, Defendant # 10 was not directly employed by State, Local or Federal government.

Defendant #11: Zach Moore is employed as an Internal Affairs officer with Shawnee Correctional Center: 6665 St. Rt. 146 E, Vienna, IL 62995

At the time Claim (s) alleged this complaint arose, Defendant #11 was employed by State Government, by Illinois Department of Corrections which Shawnee Correctional Center is a branch of.

Defendant #12: Leutenant Beals is employed as a Leutenant with Shawnee Correctional center at 6665 St. Rt. 146 E. Vienna, Illinois 62995

At the time Claim (s) alleged this complaint arose, Defendant #12 was employed by State Government He is an officer employed by a State funded entity.

Defendant #13: Crawford Memorial Hospital is employed as Medical professionals with Crawford County Jail: 203 S. ~~Jefferson~~ St. Robinson, Illinois 62454
Jefferson

At the time the Claim (s) alleged this claimant arose, Defendant #13 was employed by State and local Government

They were paid by a State Funded entity

Defendant # 14 Nebraska Med Hospital/center
is employed by Nebraska Med Hospital/center
with Nebraska Med Center address: ~~Omaha~~
Nebraska Med Center Omaha, Nebraska 68198-7400

At the time the claim(s) alleged this complaint arose
Defendant # 14 was not employed by State, local, or
federal government, to my Knowledge and belief.

Defendant # 15: Nurse Practitioner Alex is employed
by Wexford health at Shawnee Correctional center
as a Nurse Practititioner with Wexford Health
services address: P.O. Box 16218 Pittsburg PA (zipcode is
unknown to me)

At the time the claim(s) alleged this complaint arose,
Defendant # 15 wasn't employed by State, local, or
federal government.

Defendant # 16: Sargent Dean is employed as
a Sargent at Shawnee Correctional Center by the
Illinois Department of Corrections address: 1301
Concordia Court P.O. Box 19277 Spring field, IL62794
Shawnee CC. Address: 6665 St.Rt. 146E Vienna, IL 62995

At the time claim(s) alleged this complaint arose Defendant was
employed by State Government through a State funded entity.

Defendant #17: State of Illinois / Illinois State
police is employed by the state of Illinois
as law enforcement officers and emergency
personell with the State of Illinois: address:
801 S. 7th St Suite 1000 - 5 d, Illinois 62703
Springfield,

At the time the claim(s) alleged in this complaint
arose, was Defendant #17 employed by the state,
local, or federal government  ☒yes ☐No

If yes, briefly explain:
They are State Law enforcement officers

# II. Previous Lawsuits

A. Have you begun any other lawsuits in state or federal court while you were in jail or prison (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. 1983 (state prisoner), 28 U.S.C. 1331 (federal prisoner), 28 U.S.C. 1346, 2671-2680 or other law [X] Yes

B. IF yes describe each lawsuit below

1. Plaintiff: Michael Attaway
2. Defendants: Wallcon; Amazon; Carle Foundation Hospital
3. Court: Illinois court of claims
3. Docket #: 23-CC-4639
4. Name of Judge assigned to case: Peter J. Birnbaum Chief Justice
5. Type of Case: Personal Injury
6. Disposition of Case: Dismissed on July 3, 2023
7. Approximate filing date: June 28, 2023
8. Approximate Disposition date: July 3, 2023
9. Case was dismissed for allegedly failing to exhaust grievance procedures but not for lack of trying. Grievance returned to me in acknowledged then confiscated from cell a few hours later

1. Plaintiff: Michael Attaway
   Defendant: State of Illinois and the Illinois Dept. of Corrections
2. Court: Illinois court of claims
3. Docket # 23-CC-4542
4. Name of Judge assigned to case: Peter J. Birnbaum Chief Justice
5. Type of case: Personal Injury
6. Disposition: Dismissed
7. Approximate filing date: June 28, 2023

Previous lawsuits continued

8. Approximate disposition date: July 3, 2023

9. Case was dismissed due to me allegedly not exhausting the grievance procedures, but not for lack of trying. Grievance was returned to me unacknowledged and a few hours later was confiscated from my cell.

---

1. Plaintiff: Micheal Attaway | Defendant: Crawford County Jail
2. Court: Court of Claims
3. Docket #: 23-CC-4384
4. Name of Judge assigned to case: Peter J. Birnbaum Chief Justice
5. Type of Case: Personal Property theft
6. Disposition of Case: Pending
7. Approximate filing date: June 1, 2023
8. Approximate disposition date: Pending
9. Case is still pending

---

1. Plaintiff: Micheal Attaway | Defendants: IDOC et al.
2. Southern Illinois Court United States District Court (court talk info)
3. Docket #: 3:23-CV-02091-DWD
4. Name of assigned judge: Judge David W. Dugan
5. Type of Case: Civil Rights
6. Disposition of Case: Pending
7. Approximate filing date: 6-16-23
8. Approximate disposition date: Pending
9. Case is still pending.

Previous Lawsuits continued

1. Plaintiff: Micheal Attaway
   Defendant(s) Lt. Hicks; Lt. Sullivan; Lt. Beals;
   Sgt Ritter
2. Court: Southern District of Southern Illinois Court
3. Docket # 3:23-CU-02445-NJR
4. Name of Judge Assigned to case: Nancy J. Rosenstengel
5. Type of Case: Civil Rights
6. Disposition of case: Pending
7. Approximate filing date: 7-14-23
8. Approximate Disposition: Pending
9. Case is still pending

1. Plaintiff: Micheal Attaway
   Defendant: The State of Illinois; IDoc; wexford
   Health
2. Court: Southern District of Southern Illinois Court
3. Docket # 3:23-CU-02168-SMY
4. Name of Judge Assigned to case: Staci M. Yandle
5. Type of Case: Civil Rights
6. Disposition of case: Pending
7. Approximate filing date: 6-23-23
8. Approximate Dispositiondate: pending
9. Case is Still pending

# III Grievance Procedure

A. Is there a grievance Procedure in the institution? Yes

B. Did you present the facts relating to your Complaint in the prisoner grievance procedure? Yes

C. If your answer is Yes,

 1. What steps did you take?
    I filed multiple grievances

 2. What was the result?
    grievances were either unacknowledged or completely disappeared altogether.

2.      What was the result?

G.      If your answer is NO, explain why not.

H.      Attach copies of your request for an administrative remedy and any
        response you received.  If you cannot do so, explain why not:

As for the grievances, they were never
returned to me, and all hand written
coppes disappeared from my cell, however
I have attached copies of the lawsuits
I have filed in the Illinois Court of
Claims, including the Attorney General's
alleged claims in regards to my claims.
The Attorney General stated that I failed
to exhaust the whole grievance procedures,
well how can I exhaust the grievance procedure
if my grievances were filed but then
unacknowledged? I did my part, IDOC
failed to do theirs.

Rev. 10/3/19

## IV.     STATEMENT OF CLAIM

A.     State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On February 2, 2022 I was employed by Halcon for approximately 178 days at this point, I was still clocked in, and as I was coming back to the home I stayed at, and just as I passed Tuscola, Illinois on Interstate I-57 around 7:00am I was in a bad car accident. An Amazon 18-wheeler slammed into me causing the Halcan company van I was driving to spin out of control, I called 911, no one showed up. No Ambulance, and no police/State police showed up. I was told help was on the way. After 45 minutes I called again, was told the same thing. I waited an additional 45 min, and called again, was still told the same thing. I called again 45 min later, was still told the same thing. I waited an additional 45 min and called again, I was told this time that it would be at least 6-8 hours before help arrived, so try to go home. I said screw this, I drove home. Little did I know until I went home, just how bad I was injured, I parked in my driveway, shut the van off, I went to climb out and down I went, come to find out my left knee (continued on back)

was screwed up pretty badly, basically reinjuring it from a 7 year old injury, my left hip was completely dislocated, my right shoulder was dislocated, and my back was injured somehow. I went to the Emergency Room at Carle Foundation Hospital on February 4, 2022 because I was in excruciating pain, they did little to nothing for me. And sent me on my way, same thing happened with Nebraska Med Hospital in Omaha, Nebraska on March 4, 2022; again on 4-27-2023 also at Nebraska Med Hospital. When I was at the Crawford County Jail in Robinson, Illinois I was still in excruciating pain, this being months after the accident, the medical staff at the Jail refused to treat my injuries, and they are directly associated with Crawford Memorial Hospital in Robinson, Illinois; the medical professionals in the Health care unit at Shawnee C.C. including Nurse Practitioner Alex has refused to treat the injuries; the Nurse Practitioner Amanda of the Crawford County Jail refused to treat the injuries. Inmate William Shanholtzer attacked me on May 27, 2023 and re-injured my car accident injuries and he also raped me by having anal sex with me and sucking my dick and fondling it without my permission; Zach Moore and Sgt. Dean were informed of the attack but they refused to do a report on it choosing to write it off and believe it never happened. (Continued on lined paper)

Lt. Beals re-injured me back in March or April when he had to pick me up off the floor due to my back giving out on me. On July 11, 2023 IDoc sent in what is famously known as orange crush, but this was a variation of orange crush now reffered to as black crush, basically men in riot gear at about 7:15 or 7:30 am they came and when I attempted to explain to them that I can't walk without my cane, and I especially couldn't walk with a cane while my hands were handcuffed behind my back, they proceeded to believe that I was refusing to lock up and they forcefully slammed me against the steel bunks in my cell, causing excruciating pain to my lower back and severe weakness in my legs, and I've had this weakness ever since. Hallcon's safety Director fired me on february 7, 2022 and never gave me a reason why I was fired. I really do believe that had Hallcon been properly maintaining their vehicles the accident wouldn't have been so bad, and had I not been wrongfully fired I wouldn't even be in prison right now. That car accident led me to take 32,000 mg or more of extra strength tylenol for 132 days straight as in 32,000 mg every day, getting incredibly high and pain free from the tylenol. And the trial court failed to take my voluntary intoxication into consideration when I was sentenced.

The only treatment I have recieved from the Shawnee Correctional Center Health Care Unit in regards to the car accident related injuries is I have seen an Orthopedic Doctor on 4-27-2022 where x-rays were ordered and done on my left knee on 6-8-2023 an MRI was done on 7-3-23 and I last saw the orthopedic doctor on July 11, 2023 where it was doctor ordered for me to see a physical therapist. To present day July 22, 2022 my left hip and my right shoulder have gone almost completely unaddressed, by no fault of my own. I put in hundreds of requests since I arrived at Shawnee Correctional Center on January 24, 2023. It's already bad enough that I'm in prison wrongfully I don't need Health Care Professionals, or correctional officers or inmates making things worse for me. Yet thats exactly what they have done they keep injuring me and causing me undue and unconstitutional pain, quite frankly I am sick of it I don't know how much more I can take before I end up snapping out in frustration because, its starting to seem like no one wants my body to heal, its like they want me to remain cripled and walking with a cane for the rest of my life, thats not even close to what I want, I want to be healed.

I have included exerpts or different pertinent parts of my medical files to show what the hospitals have done in the past and to show that I have had prior issues that were addressed with my right shoulder and left knee, yet even though they were addressed, they were re-injured in the car accident on February 2, 2022 at 7:00 am; then again when Leutenant Beals jerked me up off the ground back in March or April when a medical code 3 was called on me after my back gave out and I couldnt get off the floor by myself; then the car accident related injuries were injured yet again on May 27, 2023 at 9:45 pm when Inmate William Sharhottzer brutally attacked me and raped me; and I was injured yet again on July 11, 2023 when correctional officers known as the Orange Crush team slammed me into the steel bunk beds at roughly 7:30 am. Thats 4 times I have been badly injured in a matter of less than 2 years, and little to nothing has been done about it leaving me in constant 24/7 excruciating pain that never goes away. I spend 90% of my time in bed laying down because of this and yet despite my requests for treatment, treatment has essentially been denied because of their belief that nothing is wrong with me even though I have never been properly examined thoroughly.

And last but not least $207.07 worth of stuff was taken from me when I went on crisis watch on May 2, 2022, The Attorney General Kwame Raoul stated that it was my fault that it was taken due to my negligence for having contraband or excess stuff, which isnt the case. It is the Shawnee Correctional Centers fault for making the records disappear, That would have shown that I purchased the items, it was their fault for making my stuff disappear without documenting what was taken so its their negligence not mine. I filed grievances on this particular issue, but they disappeared and there is no longer a record that the grievances were filed-

## V. Request for Relief:

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. 2241, 2255 or 2255.

- I want $20 Million (up to) ($20,000,000) for pain and suffering, to be paid to me by splitting the cost of payment between the 17 defendants, I want it at 100% with all taxes paid.
- I want Inmate William Isaiah Shanholtzer to be properly held accountable for physically and sexually assaulting me.
- I want all medical personel involved to be held accountable for deliberate indifference; medical negligence; and medical malpractice
- I want the courts to order IDoc to do X-rays and MRI's of my right shoulder; left and right hips and to figure out why I'm still in excruciating pain 24/7 along with ordering IDoc to issue me a back brace to allieviate my back pain
- I want the courts to order IDOC to fix whatever needs fixed no matter whether or not I need surgery. I need my body fixed so it can properly heal once and for all.

Declaration Under Federal Rule of Civil Procedure 11

I certify to the best of my knowledge, information and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7-24-23

6665 St Rt. 146 E.
Street Address

Vienna, IL 62995
City, State, Zip

_____
Signiture of Plaintiff

Micheal Attaway
Printed Name

455493
Prisoner Register Number

N/A
Signiture of Attorney (if any)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

**ELECTRONIC FILING COVER SHEET**

Please complete this form and include it when submitting any type of document, letter, or pleading. to
the U.S. District Court for the Southern District of Illinois for review and filing.

Ttaway, Micheal                      Y55493
Name                                 ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?        (Yes) or No

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?        Yes or No

        If yes, please list case number: _____

        If yes, but you do not know the case number, mark here:  _____

3.  Should this document be filed in a pending case?        Yes or No

        If yes, please list case number: _____

        If yes, but you do not know the case number, mark here:  _____

4.  Please list the total number of pages being transmitted:        21

5.  If multiple documents, please identify each document and the number of pages for each
    document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

    Name of Document                              Number of Pages

    Complaint                                         21

    _____                      _____

    _____                      _____

Please note that discovery requests and responses are NOT to be filed; instead they should be
forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned
unfiled.